UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRELL HENDERSON,

    Plaintiff,

v.

MATTHEW BOROWICZ, et al.,

    Defendants.
_____/

Case No. 1:24-cv-166

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 21, 2025, Magistrate Judge Sally J. Berens issued a report and recommendation (R&R, ECF No. 27) recommending that Defendant Gabriel Wilhelm's motion for summary judgment (ECF No. 21) be granted. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on February 4, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Gabriel Wilhelm's motion for summary judgment (ECF No. 21) is **GRANTED** and that Plaintiff's claims against Gabriel Wilhelm are **DISMISSED** without prejudice for failure to exhaust his administrative remedies. Plaintiff's claims against Defendant Matthew Borowicz are unaffected by this Order.

Dated: March 25, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE