UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TYRELL HENDERSON #810508,

      Plaintiff,

                                    Case No. 1:24cv166

v.

                                    Hon. Hala Y. Jarbou

MATTHEW BOROWICZ, et al.,

      Defendants.

_____/

**<u>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL</u>**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. On February 25, 2026, the Court entered an order approving and adopting the report and recommendation of the magistrate judge and a judgment dismissing the action. (ECF Nos. 73, 74.) Plaintiff has filed a notice of appeal and a motion to proceed on appeal *in forma pauperis*. (ECF Nos. 77, 78.)  Plaintiff has also filed a motion for appointment of counsel on appeal. (ECF No. 79.)

The Court must decide whether an appeal of this action would be in good faith within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997). For the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  Accordingly, the Court certifies that an appeal would not be taken in good faith. Because of that certification, Plaintiff is not eligible to proceed on appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Plaintiff is informed that within 28 days from the date of this order he must submit the $605.00 filing fee or he must file in the United States Court of Appeals for the Sixth Circuit a motion for leave to proceed *in forma pauperis*, a certified copy of a prisoner trust account

statement, and an affidavit of indigence. 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 609 (6th Cir. 1997), *overruled in other part by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Plaintiff is also notified that if he fails to pay the filing fee or to file the required documents as described above, the Court of Appeals may dismiss his appeal for failure to prosecute under Rule 3 of the Federal Rules of Appellate Procedure. *See McGore*, 114 F.3d at 610. In that case, this Court will assess the entire filing fee, which will be payable in full regardless of the previous dismissal. *See id.* In addition, the appeal will not be reinstated even if Plaintiff subsequently pays the filing fee or requests to proceed as a pauper. *See id.*

Accordingly,

**IT IS ORDERED** that leave to proceed in forma pauperis on appeal is **DENIED** and Plaintiff must seek leave to appeal *in forma pauperis* in the Sixth Circuit Court of Appeals or pay the filing fee as stated above.

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointment of counsel on appeal (ECF No. 79) is **DENIED**. Plaintiff may file this request in the Sixth Circuit Court of Appeals.

Dated: March 30, 2026                            /s/ Hala Y. Jarbou
                                                          HALA Y. JARBOU
                                                          CHIEF UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**

2